

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPTS AND RETURNS

| | |
|---|---|
| PLANTIFF: United States of America | COURT CASE NUMBER: CR-10-0388 (Cogan, J.) |
| DEFENDANT: Raymond Diaz | TYPE OF PROCESS: Stipulation and Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE: $1,087.92 Honda Financial Services Ck. #0001663455

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code): ICE/CBP, One Penn Plaza, 11th Floor, New York, NY 10119

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH
UNITED STATES ATTORNEY - EDNY
271 Cadman Plaza East - 7th Floor
Brooklyn, NY 11201
ATTN: AUSA Laura Mantell

NUMBER OF PROCESS TO BE SERVED IN THIS CASE:
NUMBER OF PARTIES TO BE SERVED IN THIS CASE:
CHECK BOX IF SERVICE IS ON USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize the enclosed check and deposit into the Treasury Suspense Account, pending further direction from this office.

FP&F: 2010-4701-000528 (Paralegal Specialist Josephine Curcio)
CATS: 10-ICE-001463

Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff [ ] Defendant
AUSA Laura Mantell (by CB)
TELEPHONE NO.: (718) 254-6253
DATE: 10/13/2011

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: Josephine Curcio 11/1/11

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE: 11/8/11 | TIME OF SERVICE: ___ [ ]AM [ ]PM

SIGNATURE, TITLE AND TREASURY AGENCY: Josephine Curcio, Paralegal Specialist

REMARKS: As per instructions above, Check # 0001663455 in the amount of $1087.92 was deposited into the Treasury Suspense Account pending further direction.